# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

JAMES SMITH,                                    )
                                                )
        Plaintiff,                              )
                                                )
v.                                              )    CIVIL ACTION NO.: CV511-090
                                                )
MICHAEL J. ASTRUE,                              )
Commissioner of Social Security,                )
                                                )
        Defendant.                              )

## ORDER

Plaintiff filed Objections to the Magistrate Judge's Report dated May 3, 2012, which recommended that the decision of the Social Security Commissioner be affirmed. In his Objections, Plaintiff asserts that the Magistrate Judge erred because the Administrative Law Judge incorrectly (1) used the Medical-Vocational Guidelines; (2) found that Plaintiff did not have a severe mental impairment; (3) failed to consider certain unopposed limitations of Plaintiff; and (4) failed to consider the opinion of Dr. Peter Wrobel. After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation.

Plaintiff's Objections offer no new arguments. Plaintiff has failed to allege any error by the Magistrate Judge; instead Plaintiff simply restates his arguments found in his Brief in support of his Complaint. The Magistrate Judge's Report appropriately addressed each of Plaintiff's arguments.

AO 72A
(Rev. 8/82)

As the Magistrate Judge noted, this Court's role is to ensure that the Administrative Law Judge's determination is supported by substantial evidence and the appropriate legal standards. The Administrative Law Judge's determination, which became the final decision of the Commissioner for the Social Security Administration, is so supported. Accordingly, Plaintiff's Objections are without merit and are **overruled**.

The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

SO ORDERED, this 25 day of May, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA